IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*                                                 CASE NO. 8:21-BK-05024-RCT

                                                         CHAPTER 13

MILLARD ELIZABETH MCCLELLAN,

     Debtor

_____ /

**MOTION TO SET VACATE
ORDER DIRECTING MORTGAGE MODIFICATION MEDIATION**

**COMES NOW,** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF DWELLING SERIES IV TRUST ("Secured Creditor") and files this Motion to Vacate the Amended Order Directing Mortgage Modification Mediation (the "Order")(DE 15), and in further support states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on September 30, 2021.

2. On November 12, 2021, the Court entered the Order Directing Mortgage Modification Mediation, at the request of the Debtor.

3. Pursuant to Paragraph 8 of the Order, "No later than seven days after the Lender's registration on the Portal, the Debtor shall a) pay the Portal fee, b) upload a copy of this Order to the Portal, and c) submit all documents and financial information requested by the Lender to the Portal."

4. Secured Creditor is a registered participant of the MMM Portal and was registered at the time the Order was entered.

5.	Pursuant to the Order, the Debtor was required to open a new case and upload a completed package to the MMM Portal on or before November 19, 2021.

6.	To date, the Debtor has not set up the necessary case in the MMM Portal, or uploaded any of the required documents to initiate a loss mitigation review.

WHEREFORE, Secured Creditor requests that this Court issue an Order vacating the Order Directing Mortgage Modification Mediation, directing Debtor to amend their plan to surrender or pay Secured Creditor's claim, and such other relief as this Court deems just and proper.

Respectfully submitted,
HOWARD LAW GROUP

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: matthew@howardlaw.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on February 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

James W Elliott, Esq., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602
Kelly Remick, Post Office Box 89948, Tampa, FL 33689
Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602
And a true and correct copy was sent via US Mail to:
Millard Elizabeth McClellan, 3706 Sand Pebble Drive, Valrico, FL 33596.

                                                          /s/ Matthew Klein
                                                          MATTHEW KLEIN
                                                          FLORIDA BAR#: 73529