IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*  CASE NO: 8:21-BK-05024-RCT
CHAPTER 13

MILLARD ELIZABETH MCCLELLAN,

   Debtor.
_____/

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on March 23, 2022, at 10:00am in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL to consider and act upon the following and transact such other business that may come before the court:

*Motion to Vacate Mortgage Modification Mediation Order (DE 19)*

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.
4. Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. For Judge Colton, parties should arrange a telephonic appearance through CourtSolutions at www.court-solutions.com), or zoom at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.

Respectfully submitted,
HOWARD LAW GROUP

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: matthew@howardlaw.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

James W Elliott, Esq., 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602
Kelly Remick, Post Office Box 89948, Tampa, FL 33689
Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602
And a true and correct copy was sent via US Mail to:
Millard Elizabeth McClellan, 3706 Sand Pebble Drive, Valrico, FL 33596

                                                                                          /s/ Matthew Klein